**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**IN ADMIRALTY**

**INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,**

       **Plaintiff,**

v.

**JEFF DALE,**
                                         **Case No.: 3:06cv316/MCR/EMT**

       **Defendant.**
_____/

**O R D E R**

       This cause was filed July 20, 2006, and was referred to the undersigned for review following the expiration of 120 days without proof of service having been filed or other docket activity. The undersigned issued an order to show cause to which Plaintiff has filed a response. (Doc. 9). Plaintiff has also filed the return of service upon Defendant (doc. 8), as well as Defendant's letter response to the Summons and Complaint which was sent directly to Plaintiff's counsel and not filed with the court (doc. 7). The undersigned finds Plaintiff's response sufficient to avoid dismissal of this action.

       Plaintiff's response to the order to show cause also indicates discovery is proceeding in this matter, though no scheduling order has been entered and it does appear that the parties have conferred as required by Rule 26(f).[1] Pursuant to Local Rule 16.1, in order to set out the parameters of discovery at the earliest opportunity, an initial scheduling order will be entered in civil cases as soon as at least one defendant has

---

[1] Fed.R.Civ.P. 26(d) provides "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."

appeared, but in no event later than the times set out in Rule 16(b).  In this case, the defendant has not filed an appearance; however, the court will accept Plaintiff's notice of filing Defendant's letter response as Defendant's appearance pro se.  Therefore, pursuant to district policy and administrative order, this case is referred to the magistrate judge for further proceedings as permitted by 28 U.S.C. § 636.

Accordingly, it is ORDERED:

1. This cause is hereby referred to Magistrate Judge Elizabeth Timothy to conduct evidentiary and such other proceedings as are required and to enter a report and recommendation on the disposition of the matter.

2. The Clerk shall modify the docket to reflect Defendant's pro se appearance and provide a copy of this order to Defendant Jeff Dale at his address of 362 Evergreen Place, Destin, Florida 32541.

**DONE AND ORDERED** this 24th day of January, 2007.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**