IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN ADMIRALTY

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,
      Plaintiff,

vs.                                 Case No.: 3:06cv316/MCR/EMT

JEFF DALE,
      Defendant.
_____/

## ORDER

       This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a complaint under 28 U.S.C. § 1333 (Doc. 1).  The filing fee has been paid (*see id.*).

       By order of this court dated February 9, 2007, the Parties were given until March 26, 2007 to file a report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (*see* Doc. 15 at 2).  No report was filed; therefore, on March 28, 2007, the court issued an order requiring Plaintiff to show cause within twenty (20) days why this action should not be dismissed for failure to comply with an order of the court (Doc. 19).  On  April 16, 2007, Plaintiff responded and advised the court that "this case has been settled and a Notice of Dismissal will be filed" (Doc. 20 at 1).  Plaintiff also requested that the court not dismiss this case (*see id.*).  To date, no further documents have been filed by either party.  Therefore, Plaintiff shall be directed to file either a Rule 26(f) report or a stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

       Accordingly, it is **ORDERED**:

       Plaintiff shall file a Rule 26(f) report or a stipulation of dismissal within **THIRTY (30) DAYS** of the date of docketing of this order.  If a Rule 26(f) report is filed, Defendant's positions should also be contained in the report as previously ordered (*see* Doc. 15 at 2).

**DONE AND ORDERED** this 10th day of May 2007.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**