IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,
     Plaintiff,

vs.                               Case No.:  3:06cv316/MCR/EMT

JEFF DALE,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

     This matter is before the court on Plaintiff's "Stipulation of Dismissal with Prejudice," which indicates that the case has been settled in full (Doc. 22).  The stipulation has been signed by all parties to this action (*see id.*).

     Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by plaintiff filing a stipulation of dismissal signed by all parties who have appeared in the action.  Unless otherwise stated in the stipulation, the dismissal is without prejudice.  *See id.*

     Accordingly, it is respectfully **RECOMMENDED**:

     That this case be **DISMISSED with prejudice**.

     At Pensacola, Florida, this 14th day of June 2007.


                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**